IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JUSTIN CODY LOONEY, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:16cv00194 |
| | ) | |
| v. | ) | MEMORANDUM OPINION |
| | ) | |
| JOHNNY BILLITER, *et al.*, | ) | By: Norman K. Moon |
|     Defendants. | ) | United States District Judge |

    Justin Cody Looney, a Virginia inmate proceeding *pro se*, filed this civil rights action claiming that the defendants denied him access to the grievance process. To state a cause of action under 28 U.S.C. § 1983, a plaintiff must allege facts indicating that he has been deprived of rights guaranteed by the Constitution or laws of the United States and that this deprivation resulted from conduct committed by a person acting under color of state law. *West v. Atkins*, 487 U.S. 42 (1988). However, an inmate has no constitutional or other federal legal right to participate in grievance proceedings. *Adams v. Rice*, 40 F.3d 72, 75 (4th Cir. 1994). Accordingly, Looney's allegations fail to state a claim upon which relief may be granted and, therefore, I will dismiss this action without prejudice pursuant to 28 U.S.C. § 1915A(b)(1).

    **ENTER**: This 16th day of May, 2016.

                                                                /s/ Norman K. Moon
                                                               NORMAN K. MOON
                                                               UNITED STATES DISTRICT JUDGE