IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JUSTIN CODY LOONEY, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:16cv00194 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOHNNY BILLITER, *et al.*, | ) | By: Norman K. Moon |
|     Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that this action is **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915A(b)(1) for failure to state a claim, and this case is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this order and the accompanying memorandum opinion to the plaintiff.

**ENTER**: This 16th day of May, 2016.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE